UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOE RUELAS, | Case No. 5:14-cv-02474-PSG |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | **(Re: Docket No. 17, 19)** |
| COSCTCO WHOLESALE CORPORATION, et al., | |
| Defendants. | |

On July 29, 2014, the parties appeared for a case management conference. Based on the parties' Joint Case Management Statement,[1] the discussions held at the case management conference,[2] and the court's order on the motion to dismiss,[3]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is September 22, 2014.

---

[1] *See* Docket No. 17.

[2] *See* Docket No. 19.

[3] *See* Docket No. 20.

1

Case No. 5:14-cv-02474-PSG
ORDER GRANTING MOTION TO DISMISS IN-PART

IT IS FURTHER ORDERED that the parties shall attend Early Neutral Evaluation by December 1, 2014.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

**Discovery**

| | |
|---|---|
| Initial disclosures | July 29, 2014 |
| Non-expert discovery | March 31, 2015 |
| Initial expert disclosure and report | April 16, 2015 |
| Rebuttal expert disclosure and report | April 30, 2015 |
| Expert discovery | May 29, 2015 |

**Dispositive Motions**

| | |
|---|---|
| Dispositive motions | May 29, 2015 |
| Oppositions | June 12, 2015 |
| Replies | June 19, 2015 |
| Hearing on dispositive motions | June 30, 2015 at 10 a.m. |

**Pre-Trial Conference and Trial Dates**

| | |
|---|---|
| Final pre-trial conference | September 2, 2015 |
| First day of trial | September 14, 2015 |

**IT IS SO ORDERED.**

Dated: September 9, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

2
Case No. 5:14-cv-02474-PSG
ORDER GRANTING MOTION TO DISMISS IN-PART