UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOE RUELAS, | ) Case No.: 5:14-cv-02474-PSG |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| COSTCO WHOLESALE CORPORATION, et al., | ) **(Re: Docket No. 34)** |
| Defendants. | ) |

After granting Defendant Costco Wholesale Corporation's motion for judgment on the pleadings, the court received no amended complaint from Plaintiff Noe Ruelas.[1]  The case is dismissed and the Clerk shall close the file.

**SO ORDERED.**

Dated: April 24, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 18.

Case No. 5:14-cv-02474-PSG
JUDGMENT

1